FILED
CLERK, U.S. DISTRICT COURT

JAN 27 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT PETRICH, | NO. ED CV 10-1661-DSF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, Warden, et al., | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: ___1/27/11_____.


_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE