**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUBERT PETRICH, | NO. ED CV 10-1661-DSF(E) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

For the reasons stated in Defendants' unopposed[1] "Motion to Dismiss the First Amended Complaint," filed March 3, 2017, the First Amended Complaint is dismissed without leave to amend and with prejudice.

IT IS SO ORDERED.

DATED: 4/11/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

---

[1] See "Petitioner's Notice of Non-Opposition to Motion to Dismiss First Amended Complaint," filed April 7, 2017.