UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUBERT PETRICH, | ) NO. ED CV 10-1661-DSF(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| EDMUND G. BROWN, JR., et al., | ) |
| Defendants. | ) |

Pursuant to the "Order of Dismissal," the action is dismissed with prejudice.

DATED: 4/11/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE